DELAWARE & HUDSON RAILROAD CORPORATION, Respondent, v. INTERNATIONAL PAPER COMPANY, Appellant.—

644

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.